UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA MENDIZABAL, on behalf of herself
And all others similarly situated,

        Plaintiff(s),

   -against-

DONNA KARAN INTERNATIONAL, INC.,

        Defendant(s).
-----------------------------------------------------------X

Docket No.: 17-cv-09281 (JMF)

**STIPULATION OF DISMISSAL**

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulates that all claims of Plaintiff Maria Mendizabal herein against Defendant Donna Karan International, Inc. be dismissed in their entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: Melville, NY
       February 5, 2018

JOSEPH H. MIZRAHI LAW, P.C.
*Attorneys for Plaintiff*
300 Camden Plaza West -12 Fl.
Brooklyn, NY 11021
(917) 299-6612


By: _____
    Joseph H. Mizrahi, Esq.

LYDECKER | DIAZ
*Attorneys for Defendant*
*Donna Karan International, Inc.*
200 Broadhollow Road – Suite 207
Melville, New York 11747
(631) 390-8365


By: _____
    Robert J. Pariser, Esq.
    Jordyn Leigh Aronowitz, Esq.